# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JUAN LUIS LEONOR** | ) | |
| | ) | **4:07CV3139** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| **ROBERT HOUSTON, et. al.** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 3, the Application for Leave to Proceed In Forma Pauperis ("IFP") filed by the petitioner, Juan Luis Leonor. Upon review of the petition and the petitioner's trust account information, I conclude that the petitioner's claims are not frivolous and he qualifies financially to proceed IFP. Therefore, filing no. 3 is granted.

IT IS SO ORDERED.

DATED this 11th day of June, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

Dockets.Justia.com