IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN LUIS LEONOR, | ) | Case No. 4:07CV3139 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion to Alter or Amend Judgment, which the court liberally construes as a Motion for Reconsideration. (Filing No. 39.) In his Motion, Petitioner requests that the court reconsider its October 31, 2008 Memorandum and Order and Judgment which dismissed the Petition with prejudice. (Filing Nos. 37 and 38.) Summarized, Plaintiff re-argues the merits of his claims and requests leave to amend his claims and add new claims. (Filing No. 39.) Petitioner also filed a Motion for Leave to Amend in which he requests leave to amend his Petition as set forth in his Motion to Alter or Amend. (Filing No. 43.) Respondent opposes both Motions. (Filing Nos. 41 and 44.) The court has carefully reviewed Petitioner's Motions, including the cases cited by Petitioner. The court finds no good cause for reconsideration of any portion of its October 31, 2008 Memorandum and Order and Judgment. In light of this, Petitioner's Motion for Leave to Amend (filing no. 43) is also denied.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion to Alter or Amend Judgment (filing no. 39) is denied.

2. Petitioner's Motion for Leave to Amend (filing no. 43) is denied.

December 17, 2008.                    BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      Chief United States District Judge